**E-Filed 3/23/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH ELIAS FARIS, <br><br> Defendant. | Case Number C 08-5741 JF <br><br> ORDER GRANTING MOTION FOR WITHDRAWAL OF REFERENCE; AND SETTING CASE MANAGEMENT CONFERENCE <br><br> [re: document no. 1] |

    For good cause shown, and by agreement of the parties, the motion to withdraw the Bankruptcy reference is GRANTED.

    The parties raise additional issues in their briefing regarding the motion to withdraw. Those issues are not properly before the Court. Any request for stay or other relief shall be presented to the Court by way of a noticed motion.

    A Case Management Conference is set for May 1, 2009 at 10:30 a.m.

DATED: 3/23/09

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-5741 JF
ORDER GRANTING MOTION FOR WITHDRAWAL OF REFERENCE
(JFLC2)

1  Copies of Order served on:

2

3  Asheley Greshaune Dean     agdean@hhlaw.com

4  Jeffrey Alan Snyder     jsnyder@thoits.com, khourmand@thoits.com

5  John Stephen Wesolowski     john.wesolowski@usdoj.gov

6  Michael William Malter     Michael@bindermalter.com, nan@bindermalter.com

7  Neil Richard O'Hanlon     nrohanlon@hhlaw.com, msener@hhlaw.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28